FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ID TRUCKING INC, a Washington corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>PERFECT FREIGHT SOURCE LLC, a Texas LLC, and CARRIER411 SERVICES INC, a Florida corporation,<br><br>       Defendant. | No. 2:25-CV-00133-SAB<br><br>**ORDER OF DISMISSAL** |

   Before the Court are Plaintiff's Motion for Partial Voluntary Dismissal, ECF No. 23, and Plaintiff's Motion for Extension of Time to Obtain Counsel/Permission to Proceed Pro Se, ECF No. 19. Plaintiff is unrepresented in the matter. Defendant Perfect Freight Source LLC is represented by Donell Andre Hicks. Defendant Carrier411 Services Inc has not filed a notice of appearance. The Motions were considered without oral argument.

   Plaintiff requests the Court dismiss Count I of its Complaint (Breach of Contract) with prejudice as this claim is subject to arbitration pursuant to a broker agreement between Plaintiff and Defendant Perfect Freight Source LLC. Plaintiff requests the Court dismiss Counts II (Defamation) and III (Tortious Interference) as to both Defendants without prejudice as Plaintiff is unable to secure counsel and corporations must be represented by counsel in federal court. *In re Highley*, 459

**ORDER OF DISMISSAL** * 1

F.2d 554, 556 (9th Cir. 1972). Plaintiff asserts Counts II and III should be dismissed without prejudice, as substantial damages warrant preservation, he has provided sufficient factual allegations to support these claims, these claims are not subject to arbitration pursuant to the broker agreement, Defendant Carrier411 Services Inc failed to appear within the time required by Fed. R. Civ. P. 12(a), the relevant statute of limitations provides time to secure counsel, and dismissal without prejudice does not pose a risk of prejudice to Defendants. Defendants did not file a response to the Motion.

  The Court finds good cause to grant the Motion.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. Plaintiff's Motion for Partial Voluntary Dismissal, ECF No. 23, is **GRANTED**.

   a. Count I of Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice** and without costs or attorney's fees.

   b. Counts II and III of Plaintiff's Complaint, ECF No. 1, are **DISMISSED without prejudice** and without costs or attorney's fees.

  2. Plaintiff's Motion for Extension of Time to Obtain Counsel/Permission to Proceed Pro Se, ECF No. 19, is **DENIED as moot**.

  **IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

  **DATED** this this 20th day of February 2026.

_____<br>
Stan Bastian<br>
Chief United States District Judge

**ORDER OF DISMISSAL \* 2**