FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ID TRUCKING INC, a Washington corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>PERFECT FREIGHT SOURCE LLC, a Texas LLC, and CARRIER411 SERVICES INC, a Florida corporation,<br><br>          Defendant. | No. 2:25-CV-00133-SAB<br><br><br>**ORDER RE: DUPLICATIVE MOTION TO DISMISS** |

Before the Court is Plaintiff's Second Motion for Partial Voluntary Dismissal, ECF No. 25. Plaintiff is unrepresented in the matter. Defendant Perfect Freight Source LLC is represented by Donell Andre Hicks. Defendant Carrier411 Services Inc has not filed a notice of appearance. The Motion was considered without oral argument.

Plaintiff filed what appears to be a duplicative Motion to Dismiss after his initial Motion for Partial Voluntary Dismissal, ECF No. 23, was granted and the case was dismissed on February 20, 2026.

//

//

//

**ORDER RE: DUPLICATIVE MOTION TO DISMISS** * 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Second Motion for Partial Voluntary Dismissal, ECF No. 25, is **DENIED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **keep the file closed**.

**DATED** this this 9th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER RE: DUPLICATIVE MOTION TO DISMISS * 2**